# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Curtis Fox

                      Plaintiff,

v.                                             Case No.: 1:09–cv–06255

                                                        Honorable Milton I. Shadur

NCO Financial Systems, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 27, 2010:

      MINUTE entry before Honorable Milton I. Shadur: This action is hereby dismissed without costs with leave to reinstate on or before March 10, 2010. Absent a timely filed motion to reinstate or enforce the settlement agreement this order will become final on March 11, 2010. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.