**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CURTIS FOX, | ) | |
| | ) | |
| Plaintiff, | ) | 09-cv-6255 |
| | ) | |
| vs. | ) | Judge Shadur |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Curtis Fox, and Defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice, with each party to bear its own costs and fees.

| CURTIS FOX | NCO FINANCIAL SYSTEMS, INC. |
|---|---|
| By: s/Zachary A. Jacobs<br>One of his Attorneys | By: s/Nicole Barrett (with consent )<br>One of its Attorneys |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Zachary A. Jacobs<br>Edelman, Combs, Latturner & Goodwin LLC<br>120 S. LaSalle St, 18th Floor<br>Chicago, IL 60603<br>(312) 739-4200 | David Israel<br>Sessions, Fishman, Nathan & Israel, LLP<br>Lakeway Two, Suite 220<br>3850 North Causeway Boulevard<br>Metairie, LA 70002-7227<br>(504) 828-3700<br><br>James K. Schultz<br>Nicole Barrett<br>Sessions, Fishman, Nathan & Israel, LLP<br>55 West Monroe Street, Suite 1120<br>Chicago, IL 60603<br>(312) 578-0990 |

1

## **CERTIFICATE OF SERVICE**

  I, Zachary A. Jacobs, hereby certify that on March 2, 2010, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Nicole Barrett (nbarrett@sessions-law.biz)

James K. Schultz (jschultz@sessions-law.biz)

David Israel (disrael@sessions-law.biz)

                s/Zachary A. Jacobs
                Zachary A. Jacobs